## Commonwealth *v.* Eiland, Appellant.

Argued June 15, 1971. *Michael L. Levy*, Assistant Defender, with him *John W. Packel*, Assistant Defender, and *Vincent J. Ziccardi*, Defender, for appellant; *Stephen J. Margolin*, Assistant District Attorney, with him *Milton M. Stein*, Assistant District Attorney, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Evans, Appellant.

Submitted June 14, 1971. *Richard C. Sheehan*, Assistant Public Defender, for appellant; *Stewart J. Greenleaf*, Assistant District Attorney, *William T. Nicholas*, Executive Assistant District Attorney, and *Milton O. Moss*, District Attorney, for Commonwealth, appellee.

Order affirmed.